# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **SONGBIRD TECH, LLC,**<br><br>Plaintiff<br><br>v.<br><br>**ASUSTEK COMPUTER INC.,**<br><br>Defendant | **Case No. 6:24-cv-00041**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, Songbird Tech, LLC, and ASUSTek Computer Inc. hereby move for an order dismissing all claims in this action **WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). Each party is to bear its own costs, expenses, and attorneys' fees.

Dated: March 4, 2024

Respectfully submitted,
/s/ *Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

ATTORNEYS FOR PLAINTIFF

ATTORNEYS FOR DEFENDANT